MANUFACTURERS CASUALTY INSURANCE COMPANY, Appellant, v. SHEPARD GREEN, Respondent.— Order denying motion for summary judgment unanimously reversed and the motion granted, with $10 costs and disbursements. The affidavits established no issue of fact to be tried. Liability having been fixed according to the terms of the agreement plaintiff is entitled to recover from the indemnitor. Settle order on notice providing for an assessment of damages. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

WILLIAM H. KANNINEN et al., on Their Own Right and on Behalf of All Other Persons Similarly Situated, Appellants, v. NATIONAL HOUSE AND FARMS ASSOCIATION, INC., et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Bergan, JJ.

■

In the Matter of the Arbitration between MAPLE YARN MILLS, INC., Respondent, and LONDON KNITTING COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Appellant. MARKWELL MANUFACTURING Co., INC., Respondent, et al., Tenants.— Order unanimously modified to the following extent and, as so modified, affirmed, without costs. The appellant may state in its amended bill of particulars approximate facts and the formula upon which it bases its claim for additional rents in order to preserve its legal position on the trial. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Arbitration between JACK APPEL, Doing Business as APPEL CONTRACTING COMPANY, Respondent, and HELEN GOSNIEVSKI, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

EDGAR BATTLE, Respondent, v. LEWIS MUSIC PUBLISHING COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.